UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:20-cv-1928-MCS (SP) | Date | December 19, 2022 |
|---|---|---|---|
| Title | Alex Romero Medrano v. United States Attorney's Office, et al. | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff(s):      Attorneys Present for Defendant(s):

None Appearing      None Appearing

**Proceedings:**    **(In Chambers) Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute**

    On September 15, 2020, plaintiff Alex Romero Medrano, a federal prisoner proceeding pro se and in forma pauperis, filed a Complaint under the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671 et seq. Plaintiff alleges that the U.S. Attorney's Office for the Central District of California the U.S. Marshal Service violated his constitutional rights by unlawfully detaining him on a recalled warrant. On September 22, 2022, this court, having completed screening of the complaint, found it subject to dismissal and granted plaintiff leave to file a First Amended Complaint by October 24, 2022. The court also instructed plaintiff he could notify the court by October 24, 2022 that he intended to stand on the complaint without amendment. Eight weeks having passed beyond this deadline, the court has not received a First Amended Complaint or any other communication from plaintiff.

    Accordingly, within **twenty-one (21)** days of the date of this Order, that is, by **January 9, 2023**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice. In the event plaintiff wishes to voluntarily dismiss this action, plaintiff may complete and return the enclosed Notice of Dismissal form by January 9, 2023.

    If plaintiff files a First Amended Complaint by **January 9, 2023**, this Order to Show Cause will be automatically discharged, and plaintiff need not respond to it separately.