JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROMERO MEDRANO, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ATTORNEY'S OFFICE, et al., <br><br> Defendants. | Case No. 5:20-cv-01928-MCS (SP) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: September 27, 2023

*Mark C. Scarsi*

HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE